IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JACK DANIEL'S PROPERTIES, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>*Defendants*. | CIVIL ACTION NO. 1:21-cv-2111<br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF TRADEMARK CLAIMS

Pursuant to Local Rule 3.4 and 15 U.S.C. § 1116(c), Plaintiff, Jack Daniel's Properties, Inc. ("JDPI" or "Plaintiff"), through the undersigned counsel, provides the following information:

1. Names of Litigants and Addresses, if known:

   **Jack Daniel's Properties, Inc.**
   4040 Civic Center Drive
   Suite 528
   San Rafael, California 94903

   **The Partnerships and Unincorporated Associations Identified on Schedule A**
   Addresses unknown

2. U.S. Trademark Registration Numbers:

| Trademark | Registration No. | Goods |
|---|---|---|
| JACK DANIEL'S | 2,898,085 | Telephone accessories, namely, mobile phone covers and cases, mobile phone headsets; decorative magnets; switch plate covers; audio equipment, namely, radios, am/fm radios, and radios incorporating clocks, am/fm radio cassette player/recorder, cd and dvd |

1

| | | |
|---|---|---|
| | | players, record players, headphones, microphones; audio accessories, namely, cassettes, compact disks (cd's), records; computer accessories, namely, mouse pads, computer mouse, wrist rests; eyewear, namely, protective eyewear, eyeglasses, sunglasses, and cases therefor, eyeglass chains and straps |
| JACK DANIEL'S | 2,026,933 | Cigarette lighters not of precious metal |
| JACK DANIEL'S LYNCHBURG OLD NO 7 BRAND TENNESSEE FIRE BRIGADE and Design | 4,931,524 | Footwear; headwear including caps, hats, cowboy hats, headbands, straw hats, visors, bandanas; clothing, namely, aprons, sleeve garters, t-shirts, golf shirts, work shirts, baseball shirts, woven shirts, shirts, tops, tank tops, sweatshirts, sweatpants, jogging suits, pants, dresses, skirts, sleep pants, pajamas, robes, shorts, jeans, jackets, coats, belts, neckties, neckwear, scarves, suspenders, leather jackets, rain suits, vests, parkas, gloves |
| JACK DANIEL'S OLD NO 7 BRAND and Design | 4,478,404 | Ornamental lapel pins, clocks, watches |
| JACK DANIEL'S OLD NO 7 BRAND and | 4,372,886 | Glass and plastic drinking containers, flasks, ceramic mugs, wood coasters, cork coasters, ceramic coasters, swizzle sticks, household food |

2

| | | |
|---|---|---|
| Design | | and beverage containers, glassware for beverages, metal serving trays of non-precious metal, portable beverage dispensers, portable picnic coolers, wooden cutting boards, portable drink dispensers, plastic water bottles sold empty |
| JACK DANIEL'S OLD NO 7 BRAND and Design | 4,459,436 | Floor mats; carpets and rugs; cloth wall coverings |
| JACK DANIEL'S OLD NO 7 BRAND and Design | 4,556,185 | Household towels, bed blankets, table covers not of paper |
| JACK DANIEL'S OLD NO 7 BRAND and Design | 4,372,887 | Footwear; headwear including caps, hats, cowboy hats, headbands, straw hats, visors, bandannas; clothing, namely, aprons, sleeve garters, t-shirts, golf shirts, work shirts, baseball shirts, woven shirts, shirts, tops, tank tops, sweatshirts, sweatpants, jogging suits, pants, dresses, skirts, sleep pants, pajamas, robes, shorts, jeans, jackets, coats, belts, neckties, neckwear, scarves, suspenders, leather jackets, rain suits, vests, parkas, gloves |

3

| | | |
|---|---|---|
| JACK DANIEL'S OLD NO 7 BRAND and Design | 3,428,084 | Ornamental lapel pins, clocks and watches |
| JACK DANIEL'S OLD NO 7 BRAND and Design | 3,428,089 | Headgear; namely, caps, hats, visors, bandannas: clothing; namely, t-shirts, golf shirts, baseball shirts, polo shirts, shirts, tops, tank tops, sweatshirts, sweatpants, jogging suits, pants, jackets, coats, belts, neckties, neckwear, scarves, leather jackets |
| JACK DANIEL'S OLD NO. 7 BRAND and Design | 4,478,405 | Glass and plastic drinking containers, flasks, ceramic mugs, wood coasters, cork coasters, ceramic coasters, household food and beverage containers, glassware for beverages, metal serving trays of non-precious metal, portable beverage dispensers, portable picnic coolers, portable drink dispensers, plastic water bottles sold empty |
| JACK DANIEL'S OLD NO. 7 BRAND and Design | 4,354,331 | Floor mats; rugs |
| JACK DANIEL'S OLD NO. 7 | 4,576,129 | Headwear including caps, hats, cowboy hats, headbands, straw hats, bandannas; clothing, namely, aprons, t-shirts, golf shirts, work shirts, woven |

4

| | | |
|---|---|---|
| BRAND and Design | | shirts, shirts, tops, tank tops, sweatshirts, jackets, coats, belts, gloves |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and Design | 4,481,424 | Ornamental lapel pins, clocks |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and Design | 4,491,564 | Cigarette lighters not of precious metal |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY and Design | 3,055,287 | Cigarette lighters made of non-precious metal, ashtrays made of non-precious metal |

5

| Mark | Registration No. | Goods |
|---|---|---|
| (Jack Daniel's label image) | | |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and Design (Jack Daniel's label image) | 4,354,330 | Floor mats; rugs |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and Design (Jack Daniel's label image) | 4,526,056 | Headwear including caps, hats, cowboy hats, headbands, straw hats, visors, bandannas; clothing, namely, aprons, t-shirts, golf shirts, work shirts, baseball shirts, woven shirts, shirts, tops, tank tops, sweatshirts, sweatpants, pants, jackets, coats, belts, neckwear, gloves |
| JACK DANIEL'S OLD NO.7 BRAND and Design (Jack Daniel's Old No. 7 logo) | 2,636,401 | Footwear, headgear, namely, caps, hats, headbands, visors, bandannas clothing, namely, aprons, sleeve garters, t-shirts, golf shirts, baseball shirts, polo shirts, shirts, tops, tank tops, sweatshirts, sweatpants, jogging suits, pants, jackets, coats, belts, neckties, neckwear, scarves, suspenders, braces, leather jackets |

6

| Mark | Registration No. | Goods |
|---|---|---|
| JACK DANIEL'S OLD NO.7 BRAND TENNESSEE WHISKEY and Design | 2,867,158 | Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals |
| JACK DANIEL'S OLD TIME OLD NO. 7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY and Design | 2,800,823 | Footwear; headgear, namely, caps, hats, head bands, visors and bandannas; clothing, namely, suspenders, boxer shorts, denim shirts, denim jackets, fleece tops, fleece bottoms, fleece jackets, socks, golf shirts, polo shirts, sweatshirts, t-shirts, turtleneck shirts, vests and jackets |

7

Dated: April 19, 2021

      */s/ Shima Roy*
      **Shima S. Roy**
      shima.roy@bakermckenzie.com
      **BAKER McKENZIE**
      300 East Randolph Street, Suite 5000
      Chicago, Illinois 60601
      Telephone: 312-861-8000
      Facsimile: 312-861-2899

      **Dyan M. House** *(pro hac vice* pending)
      dyan.house@bakermckenzie.com
      **BAKER McKENZIE**
      1900 North Pearl Street, Suite 1500
      Dallas, Texas, 75201
      Telephone: 214-978-3000
      Facsimile: 214-978-3099

      ATTORNEYS FOR JACK DANIEL'S PROPERTIES, INC.