**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JACK DANIEL'S PROPERTIES, INC.,** | |
| *Plaintiff,* | |
| **v.** | **CIVIL ACTION NO. 1:21-cv-2111** <br> **JURY TRIAL DEMANDED** |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | |
| *Defendants.* | |

## NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff, Jack Daniel's

Properties, Inc. ("JDPI" or "Plaintiff"), by and through its undersigned counsel, hereby discloses

that JDPI is incorporated in Delaware, and its parent company is Brown-Forman Corporation.

1

2

Dated: April 19, 2021

/s/ *Shima Roy*
**Shima S. Roy**
shima.roy@bakermckenzie.com
**BAKER McKENZIE**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone:  312-861-8000
Facsimile:  312-861-2899

**Dyan M. House** *(pro hac vice* pending)
dyan.house@bakermckenzie.com
**BAKER McKENZIE**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone:  214-978-3000
Facsimile:   214-978-3099

ATTORNEYS FOR JACK DANIEL'S
PROPERTIES, INC.